AO 91 (Rev. 11/11) Criminal Complaint

**LODGED**
CLERK, U.S. DISTRICT COURT
04/08/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: mc DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
04/08/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America )
v. )
) Case No.
) 5:22-mj-00219
Nicholas Daniel Lee )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 9, 2021 in the county of Riverside in the
Central District of California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 922(g) | Felon in Possession of a Firearm and/or Ammunition |
| 18 USC Section 922(o) | Possession of a Machine Gun |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ signed pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

Krista Gonzalez, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/08/2022

*Judge's signature*

City and state: Riverside, California  Hon. Kenly Kiya Kato, Magistrate Judge
*Printed name and title*

AUSA: Abigail W. Evans 276-6086

**AFFIDAVIT**

I, Krista Gonzalez, being duly sworn, declare and state as follows:

## I.     PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Nicholas Daniel LEE ("LEE") for a violation of Title 18, United States Code, Section 922(g) (Felon in Possession of a Firearm and/or Ammunition) and Title 18, United States Code, Section 922(o) (Possession of a Machine Gun), on September 9, 2021, while in Cathedral City, California.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II.    BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") with the Los Angeles Division, Palm Springs Resident Agency in Palm Springs, California, where my duties include the investigation of violent crimes and gangs. I have been employed as a SA with the FBI since January 2020.

4. I graduated from the FBI Academy located in Quantico, Virginia, in September 2020 and received approximately 840 hours

of instruction in the fundamentals of law, ethics, behavioral science, interviewing, report writing, firearms, surveillance, defensive tactics and case management. During my tenure as an FBI SA, I have participated in a variety of investigations including drug possession and trafficking, felon in possession of firearms and/or ammunition, violent crimes, bank robberies, bank fraud, wire fraud, and crimes against children.

5. As a SA, I have received training in the identification, collection, and preservation of evidence, photography, latent print collection, and crime scene investigations. I have also completed many hours of criminal investigations, including compiling information, interviewing victims, witnesses, and subjects, and collecting evidence to support the filing of criminal complaints and search warrants. During the course of my investigations, I have interviewed witnesses, conducted surveillance, participated in execution of arrest and search warrants, and reviewed various forms of evidence including telephone call detail records, bank records, invoices, photographs, recorded telephone calls, and other miscellaneous financial documents.

### III. SUMMARY OF PROBABLE CAUSE

6. On Thursday, September 9, 2021, Cathedral City Police Department ("CCPD") conducted a parole search of a gray Chevrolet Equinox bearing California license plate number 8BFS171 (the "Equinox") after LEE, who was on parole, was contacted at the Cathedral City Cemetery located at 31705 Da Vall Drive, Cathedral City, California. LEE and three others

were contacted at the cemetery because they had open containers in public.

7. During the parole search, officers found one loaded Glock 17 firearm bearing serial number WR985. The firearm was wedged between the front right passenger seat and the center console of the Equinox. While CCPD Gang Investigator Jesse Vela was filling out booking paperwork, LEE made a spontaneous statement that "the gun is mine." After being read his Miranda rights, LEE told Investigator Vela the gun was his and he had found it.

8. Further inspection of the firearm revealed that the firearm was equipped with a Glock switch.[1] Sergeant Nathaniel Hanley test fired the Glock 17, which revealed that the Glock switch worked as intended, converting the semi-automatic pistol into a fully automatic assault weapon.

### IV.  STATEMENT OF PROBABLE CAUSE

9. During the course of this investigation, I reviewed CCPD Police Report CR2109-2029 and body-worn camera footage from CCPD Gang Investigator Jesse Vela, spoke with officers involved in this investigation, and learned the following:

  a. On September 9, 2021, Investigator Vela and CCPD Sergeant Corwin de Veas received information that individuals were seen drinking alcohol at the Cathedral City Cemetery located at 31705 Da Vall Drive, Cathedral City, California. Sergeant de Veas and Investigator Vela responded to the location

---

[1] A Glock switch is a device that can be added to a firearm in order to convert the firearm's firing capability from semi-automatic to a fully-automatic.

and saw a male subject (later identified as LEE) inside of and then exiting the Equinox, and three other male subjects carrying several 12-pack cartons of Corona beer. Upon contact, the four males said they were just about to leave the cemetery.

   b. Investigator Vela noticed there were several empty bottles within the cartons. The four males were detained for violating California Business and Professions Code 25620(a) (Open Containers in Public). The subjects were identified as:

    i. Jabril McCree, date of birth ("DOB") June 4, 1993;

    ii. Jaime Rene Ruiz, DOB November 2, 1976;

    iii. Jose Pascual Ayala Jaramillo, DOB July 23, 1978; and

    iv. Nicholas Daniel LEE, DOB January 12, 1996.

   c. LEE identified himself and said that he was on parole. Investigator Vela conducted a warrant check for LEE, which confirmed that LEE was on active parole until November 1, 2022 for a conviction under California Penal Code ("CPC"), Section 245(a)(1) (Assault with a Deadly Weapon, Great Bodily Injury Likely), and that his parole terms allowed the search of his vehicle.

   d. LEE said that the Equinox was his, and that his identification card was inside the Equinox. Investigator Vela advised LEE that CCPD officers were going to search the Equinox, pursuant to the terms of his parole. LEE then claimed that the Equinox belonged to his girlfriend, Brianna Lopez ("Lopez"). LEE told the officers that Lopez's two small children were in

4

the Equinox along with Lopez, who was then seated in the driver's seat.

  e. Investigator Vela asked Lopez to exit the Equinox with her children. Investigator Vela conducted a search on the Equinox and located a Glock 17 firearm bearing serial number WR985 wedged in between the front, right, passenger seat and the center console. The firearm was loaded with seven rounds of live PMC 9mm Lugar ammunition.

  f. LEE was then placed under arrest for violations of (1) CPC § 29800(a)(1) (Felon in Possession of a Firearm); (2) CPC § 30305(a)(1) (Felon in Possession of Ammunition); and (3) CPC § 25850(c)(6) (Carrying a Firearm, Not the Registered Owner).

  g. While Investigator Vela was filling out paperwork after LEE's arrest, LEE made the spontaneous statement that "the gun is mine." After being read his Miranda rights, LEE told Investigator Vela the gun belonged to him (LEE) and that it was not registered to him because he had found it. LEE said that he is a member of "CVC"[2] street gang, and he was not going to divulge any more information other than the fact that the firearm belonged to him.

##     V. EXAMINATION OF FIREARM

 10. After LEE was arrested and booked into jail, CCPD Sergeant Nathaniel Hanley further inspected the Glock 17 firearm

---

[2] "CVC" is a slang term for Coachella Valley Criminals. CVC is a known criminal street gang, which has members located in different cities throughout the Coachella Valley and Desert Regions.

5

that was recovered from the Equinox. Sergeant Hanley noticed that the barrel of the firearm was threaded, which I know from my training and experience is used to thread a suppressor device to a semi-automatic pistol for the purpose of lowering the decibel level created by live fire. Sergeant Hanley also saw the firearm was equipped with a Glock switch, which I know from my training and experience makes the firearm capable of being converted from a semi-automatic firearm to fully automatic machine gun under Title 26, United States Code, Section § 5845(b). Sergeant Hanley test-fired the Glock 17, which confirmed that the Glock switch functioned as intended, and the firearm had been converted into a fully automatic machine gun.

## VI.  CRIMINAL HISTORY

11. On March 15, 2022, I reviewed the certified conviction records provided by the Superior Court of the State of California for the County of Riverside, and verified LEE had been convicted of the following felony offenses punishable by a term of imprisonment exceeding one year:

  a.  On or about September 21, 2015, in case number INF1402205, in the Superior Court of the State of California for the County of Riverside, for a violation of CPC § 245(A)(1), assault with a deadly weapon; and

  b.  On or about September 21, 2015, in case number INF1400543, in the Superior Court of the State of California for the County of Riverside, for a violation of California Health and Safety Code, Section 11378, possession of controlled substance for sale.

12. My review of the records from these cases revealed that LEE signed a Plea Agreement in which he placed his initials next to an advisement reading: "As a convicted felon, I will not be able to own nor possess any firearm."

## VII. CONCLUSION

13. For all of the reasons described above, there is probable cause to believe that LEE has committed violations of Title 18, United States Code, Section 922(g) (Felon in Possession of a Firearm and/or Ammunition) and Title 18, United States Code, Section 922(o) (Possession of a Machine Gun).

Attested to by the applicant,
FBI SA Krista L. Gonzalez, in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 8th day of
April, 2022.

_____
THE HONORABLE KELLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE